DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KALY WALLECH,

Appellant,

v.

BRANDON M. WALLECH,

Appellee.

No. 2D2024-0260, 2024-2037
CONSOLIDATED
_____

December 12, 2025

Appeal from the Circuit Court for Pinellas County; Frederick L. Pollack, Judge.

Maria T. Rodriguez, Tarpon Springs, for Appellant.

Rohom Khonsari of Khonsari Law Group, PLLC, Saint Petersburg, for Appellee.

PER CURIAM.

　　Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.